IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BRADLEY KENDRICK,

    Plaintiff,

v.                           Civil Action No. 3:11CV350

JAMES V. BEALE, et al.,

    Defendants.

## MEMORANDUM OPINION

On June 3, 2011, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on June 21, 2011, the Court directed Plaintiff to pay an initial partial filing fee of $22.11 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. See 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to send a copy of the Memorandum Opinion to Plaintiff.

An appropriate Order shall issue.

                                        /s/        REP
                            Robert E. Payne
                            Senior United States District Judge

Date: July 29, 2011
Richmond, Virginia